UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                      Case No. 02-CR-144

SHAWNANTJUAN D. JACKSON,

---

### DECISION AND ORDER GRANTING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. 1178)

On October 25, 2011, defendant Shawnantjuan Jackson filed a letter requesting early termination of supervised release. Jackson was released from prison on September 10, 2009, to serve a three year term of supervision. Based upon the information available to the court, Jackson has complied with all requirements, paid his fine, maintained employment, and started a business. For the reasons cited by Jackson and hearing no opposition,

IT IS ORDERED that Jackson's request for early termination of supervised release is granted.

Dated at Milwaukee, Wisconsin, this 14th day of November, 2011.

                                                      BY THE COURT

                                                      /s/ C. N. Clevert, Jr.
                                                      C. N. CLEVERT, JR.
                                                      CHIEF U. S. DISTRICT JUDGE